

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 8, 2025

By ECF
Hon. Valerie E. Caproni
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:  *Salgado v. Ladeon Francis et al.*, No. 25-cv-06524

Dear Judge Caproni,

My office represents the respondents (the "Government") in the above-referenced habeas corpus action.  The parties have conferred and jointly propose the following briefing schedule: (i) the Government's opposition brief will be due Friday, August 22, 2025, and (ii) Petitioner's reply brief will be due on Friday, August 29, 2025.  We ask that the Court so-order this proposed schedule.

We thank the Court for its attention to these matters.

Respectfully,

JAY CLAYTON
United States Attorney

BY:  */s/ Jeremy M. Liss*
JEREMY M. LISS
Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2795
Jeremy.Liss@usdoj.gov

cc:  Counsel of Record (by ECF)