

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 12, 2025

By ECF
Hon. Valerie E. Caproni
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:    *Salgado v. Ladeon Francis et al.*, No. 25-cv-06524 (VEC)

Dear Judge Caproni,

My office represents the respondents (the "Government") in the above-referenced habeas corpus action. We write to request that the Court modify its order barring Petitioner from being "removed from the Southern District of New York unless and until the Court orders otherwise." ECF No. 9 at 2.

As alleged in the Complaint, Petitioner "identifies as a transwoman." Compl. ¶ 2. Petitioner is currently being temporarily detained at the ICE processing space at 26 Federal Plaza, New York, NY. *See* Declaration of Kevin Chae dated August 12, 2025, at ¶ 9. Although ICE has long-term detention facilities for transgender aliens, none of those facilities are located within the Southern District of New York. *See id.* ¶ 10. ICE has requested bedspace at the facilities across the country that can accommodate transgender detainees, and has found bedspace only available in New Orleans, Louisiana at this time. *See id.* ¶¶ 13–15.

While the Government understands from Petitioner's counsel that Petitioner would prefer to be transferred to detention facilities in New Jersey or at the Moshannon Valley Processing Center in Pennsylvania, none of those facilities presently have bedspace for a transgender detainee. *Id.* ¶ 15. The Government therefore asks that the Court permit it to transfer Petitioner to the Jackson Parish Correctional Center located at 287 Industrial Drive, Jonesboro, LA 71251. This modification would not affect the Court's jurisdiction over Petitioner's habeas action. *See, e.g.*, *Ozturk v. Hyde*, 136 F.4th 382, 391 (2d Cir. 2025) (holding that habeas jurisdiction lies in the district where the petitioner is detained at the time of filing, even if the petitioner is later transferred to a different district); *Khalil v. Joyce*, 771 F. Supp. 3d 268, 273 (S.D.N.Y. 2025) (same).

We thank the Court for its attention to these matters. Petitioner does not consent to this motion.

Respectfully,

JAY CLAYTON
United States Attorney

*/s/ Jeremy M. Liss*
BY:   JEREMY M. LISS
Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2795
Jeremy.Liss@usdoj.gov

cc:   Counsel of Record (by ECF)