

Free to Be Youth Project
40 Rector St.
9th Floor
New York, NY 10006

(877) 716-1446
fyp@urbanjustice.org

August 13, 2025

Hon. Valerie E. Caproni
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007
VIA ECF

Re: *Salgado v. Ladeon Francis et al.*, No. 25-cv-06524 (VEC)

Dear Judge Caproni,

My office represents Petitioner, in the above-referenced habeas corpus action. I am writing to express my opposition to Respondent's request to modify the court order.

Petitioner identifies as a transgender woman, and is currently being detained at the ICE processing space at 26 Federal Plaza. Petitioner has not had gender-affirming surgery; however, she is under the care of a doctor, and has been taking gender affirming medication for over a year. Respondent alleges that there are no facilities within a reasonable distance from New York City that can accommodate Petitioner, and that the only facility that would be appropriate is Jackson Parish Correctional Center in Jonesboro, Lousiana. Counsel has it on authority that Jackson is an all-male facility, and does not have the resources to accommodate a transgender female detainee. Respondent opposes this move because we do not believe that this would not be an appropriate facility for Petitioner. It is our position that without an appropriate place of detention, and access to Petitioner's medical resources, she will likely decompensate while litigating her asylum claim.

Petitioner resides in New York City, and receives critical social services and support for her transition from the Ali Forney Center. Counsel, also based in NYC, is representing Petitioner in her asylum proceeding, having previously submitted a notice of appearance with USCIS and EOIR. Counsel's practice is limited to residents of New York City, and we do not have the resources to appear in an immigration proceeding that is not within a reasonable distance from this district. Counsel previously notified Respondent that our request to transfer Petitioner to New Jersey or Pennsylvania was done with the intention of ensuring that Petitioner could continue to have the benefit of counsel in her immigration case.

Counsel is happy to brief its position that Jackson is not an appropriate setting for Petitioner, and we respectfully request two weeks for this submission. We also respectfully request a conference with the



**Free to Be Youth Project**
40 Rector St.
9th Floor
New York, NY 10006

(877) 716-1446
fyp@urbanjustice.org

Court on this issue. Counsel is currently on vacation, returning to New York City at the end of this month, and would appreciate the time in this matter.

Respectfully,

/s/ AL
Amy Leipziger. Esq.
Free to Be Youth Project
40 Rector Street, 9th Floor
New York, NY 10006
Ph. (646) 923-8372
aleipziger@urbanjustice.org


CC: Counsel of Record (by ECF)