```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
Elder Leodani Vasquez Salgado,                                :
                                                              :
                              Petitioner,                     :
                                                              :
              -against-                                       :
                                                              :
LADEON FRANCIS, Acting Field Office                           :
Director, US Immigrations and Customs                         :
Enforcement, KRISTI NOEM, U.S. Secretary of                   :
Homeland Security, TODD LYONS, Acting                         :
Director U.S. Immigrations and Customs                        :
Enforcement, and PAM BONDI, Attorney General, :
*in their official capacities*                                :
                                                              :
                              Respondents.                    :
                                                              :
------------------------------------------------------------- X

25-CV-6524 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 7, 2025, Petitioner initiated this action, *see* Dkt. 1;

      WHEREAS the Petition for Writ of Habeas Corpus (the "Petition") sought, *inter alia*, an Order prohibiting the Petitioner's transfer outside the Southern District of New York and a Writ ordering Respondents to release Petitioner, *see* Petition, Dkt. 4, at 10;

      WHEREAS on August 8, 2025, the Court issued an Order setting a briefing schedule on the Petition and prohibiting Respondents from removing Petitioner from the Southern District absent further Court Order, *see* Memo Endorsement, Dkt. 9;

      WHEREAS on August 12, 2025, Respondent filed a Letter requesting modification of that Order to allow Respondents to transport Petitioner to Louisiana, and Petitioner opposed the request, *see* Letters, Dkts. 10–11; and

1

WHEREAS Petitioner requests further briefing on whether to modify the Court's Order; in her view, the contemplated transferee facility is an all-male facility inappropriate to accommodate her, *see* Letter, Dkt. 11;

IT IS HEREBY ORDERED that Petitioner's deadline to file an opposition to the Government's request to modify the Order so that it may transfer Petitioner to Louisiana is **Wednesday, August 27, 2025**.  One of the following briefing schedules will control, pending the nature of Petitioner's opposition:

- ❖ If Petitioner's opposition includes a motion for bail pending adjudication of the Petition pursuant to *Mapp v. Reno*, 241 F.3d 221 (2d Cir. 2001): Respondents' deadline to file a single response opposing bail and replying in support of their modification request will be **Wednesday, September 10, 2025**.  Petitioner's deadline to file reply papers in support of her bail request will be **Wednesday, September 17, 2025**.

- ❖ If Petitioner's opposition does not include a motion for bail: Respondents' deadline to reply in support of their modification request will be **Friday, September 5, 2025**.

IT IS FURTHER ORDERED that the parties are directed to meet and confer to discuss whether they consent to Magistrate Judge jurisdiction to determine whether to modify the Court's Order.  The Court has limited availability during September to address what the parties appear to agree is an urgent request.

      IT IS FURTHER ORDERED that Respondent must make good faith efforts to find a facility close to or in the Southern District of New York that is appropriate for long-term detention of Petitioner. Should another facility be identified, Respondent must promptly meet and confer with Petitioner to ascertain whether there can be an agreed-to transfer.

**SO ORDERED.**

**Date:  August 12, 2025**
       **New York, New York**

                                      **VALERIE CAPRONI**
                                     **United States District Judge**