

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 14, 2025

<u>By ECF</u>
Hon. Valerie E. Caproni
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

   Re: *Vasquez Salgado v. Francis et al.*, No. 25-cv-06524 (VEC)

Dear Judge Caproni,

  My office represents the respondents (the "Government") in the above-referenced habeas corpus action, in which Petitioner challenges their detention by U.S. Immigration and Customs Enforcement ("ICE"). We write respectfully to request that the Court expedite the briefing schedule on the Government's pending motion to transfer Petitioner to a detention facility in Louisiana.[1] *See* Aug. 13, 2025, Order, ECF No. 12. Petitioner's counsel does not consent to this request.

  The Government seeks to expedite resolution of its motion to modify the Court's injunction restraining ICE from moving Petitioner out of the District. ECF Nos. 9, 10. There is only one immigration detention facility within the Southern District of New York—the Orange County Jail in Goshen, New York. That facility has limited capacity and, as recently as today, has denied ICE's request for bed space (as it had previously done on other occasions). As the Government explained in its letter motion, ICE has not been able to secure bed space for Petitioner at any local detention facilities—in spite of resubmitting bed space requests repeatedly for the past six days (including today). All the while, pursuant to the Court's injunction preventing Petitioner's removal from this District, Petitioner has remained at ICE's hold room space at 26 Federal Plaza, which is a short-term processing space, not a detention facility.[2] That space is not "intended to house detainees long-term." *See* Declaration of Supervisory Detention and Deportation Officer Kevin Chae dated August 12, 2025 (ECF No. 10-1), at ¶ 9. The processing area consists of four ICE hold rooms, none of which are equipped with private sleeping quarters, though each is equipped with

---

[1] Petitioner has objected to the Jackson Parish Correctional Facility in Louisiana because it is "an all-male facility." ECF No. 11 at 1. ICE has confirmed that the facility is an all-male facility, but states that the facility can accommodate transgender detainees who (as here) express fear of being placed in the general detainee population at the facility by placing them in their own cell apart from the general detainee population. ICE has also confirmed that Petitioner could continue taking any prescribed medications while at that facility. *See* Pet. 22 (noting Petitioner's medication needs).

[2] Due to an emergency at 26 Federal Plaza this afternoon that required the evacuation of the building, we understand that Petitioner will be temporarily held at a hold room at ICE's Varick Street location until the 26 Federal Plaza hold rooms may be occupied again.

Page 2

at least one toilet and sink.  *See* Declaration of Assistant Field Office Director Nancy Zanello, dated August 11, 2025, filed in *Barco Mercado v. Noem*, No. 25-cv-6568, ECF No. 58 (S.D.N.Y.).

      While the Government realizes that Petitioner's counsel asked for two weeks to brief her opposition because she "is currently on vacation," *see* ECF No. 11 at 1–2, the Government respectfully submits that prompt resolution of the Government's motion to modify the Court's injunction is necessary and such resolution is in everyone's interest, as the hold rooms at 26 Federal Plaza are not equipped for long-term detention, and given the Court's injunction, ICE is unable to transfer Petitioner to a detention facility that has approved ICE's bed space request.

      We thank the Court for its attention to these matters.

      Respectfully,

JAY CLAYTON
United States Attorney

BY:  */s/ Jeremy M. Liss*
JEREMY M. LISS
Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2795
Jeremy.Liss@usdoj.gov

cc:  Counsel of Record (by ECF)