

Free to Be Youth Project
40 Rector St.
9th Floor
New York, NY 10006

(877) 716-1446
fyp@urbanjustice.org

August 14, 2025

Hon. Valerie E. Caproni
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007
VIA ECF

Re: *Salgado v. Ladeon Francis et al.*, No. 25-cv-06524 (VEC)

Dear Judge Caproni,

My office represents Petitioner, in the above-referenced habeas corpus action. I am writing to express my opposition to Respondent's request to expedite the briefing schedule.

Petitioner identifies as a transgender woman, and is currently being detained at the ICE processing space at 26 Federal Plaza. Counsel recognizes that a facility must be located that is appropriate for long term detention. To that end, we have repeatedly informed Respondent's counsel that we would consent to a transfer to Moshannon Valley Processing Center or Elizabeth Detention Center, both of which are close to the Southern District of New York. This would ensure that counsel can continue to represent Petitioner in her asylum proceeding. As recently as this afternoon, we indicated that we would also consider Batavia as an acceptable facility should bed space be available. Respondent's letter to the Court makes no mention of these facilities in its request to expedite this proceeding, simply stating that it is unable to secure bed space in a "local detention facility."

Counsel continues to object to the assertion that Jackson Parish Correctional facility is an appropriate setting for Petitioner and, per this Court's August 13 order, is working on opposition to the Government's request. We expect to file our opposition timely.

Counsel appreciates the time afforded by the Court in its initial order and respectfully objects to expediting the briefing schedule.

Respectfully,
/s/ AL
Amy Leipziger. Esq.
Free to Be Youth Project
40 Rector Street, 9th Floor
New York, NY 10006
Ph. (646) 923-8372
aleipziger@urbanjustice.org

CC: Counsel of Record (by ECF)