```
                                                        USDC SDNY
                                                        DOCUMENT
                                                        ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                            DOC #:_____
SOUTHERN DISTRICT OF NEW YORK                           DATE FILED:  8/15/2025
```

------------------------------------------------------------- X
                                                                                                                   :

Elder Leodani Vasquez Salgado,                          :      25-CV-6524 (VEC)

                                                    Petitioner,      :          <u>ORDER</u>

                                                      -against-          :

LADEON FRANCIS, Acting Field Office      :
Director, US Immigrations and Customs
Enforcement, KRISTI NOEM, U.S. Secretary of :
Homeland Security, TODD LYONS, Acting
Director U.S. Immigrations and Customs      :
Enforcement, and PAM BONDI, Attorney General, :
*in their official capacities*                         :

                                                   Respondents.    :

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on August 7, 2025, Petitioner initiated this action, *see* Dkt. 1;

        WHEREAS the Petition for Writ of Habeas Corpus (the "Petition") sought, *inter alia*, an Order prohibiting the Petitioner's transfer outside the Southern District of New York and a Writ ordering Respondents to release Petitioner, *see* Petition, Dkt. 4, at 10;

        WHEREAS on August 8, 2025, the Court issued an Order setting a briefing schedule on the Petition and prohibiting Respondents from removing Petitioner from the Southern District absent further Court Order, *see* Memo Endorsement, Dkt. 9;

        WHEREAS on August 12, 2025, Respondents filed a Letter requesting modification of that Order to allow Respondents to transport Petitioner to Louisiana, and Petitioner opposed the request, *see* Letters, Dkts. 10–11;

WHEREAS the Court set a briefing schedule to address Respondents' modification request requiring Petitioner to file her opposition to the request by August 27, 2025, with further briefing deadlines based on whether Petitioner moved for bail pending adjudication of the Petition, *see* Order, Dkt. 12;

WHEREAS Respondents request expedited briefing on their modification request and maintain they seek to transfer Petitioner to Jackson Parish Correctional Facility in Louisiana, as the Orange County Jail in Goshen, New York, has limited capacity, *see* Letter, Dkt. 13;

WHEREAS Petitioner opposes expedited briefing and consents to transfer to Moshannon Valley Processing Center or Elizabeth Detention Center, both of which are close to the Southern District of New York, to ensure counsel can continue to represent Petitioner in her asylum proceeding, *see* Letter, Dkt. 14; and

WHEREAS the Court requires further information from Respondents on the capacity of other detention facilities;

IT IS HEREBY ORDERED that by **Tuesday, August 19, 2025**, Respondents must submit a letter expressly addressing transfer to the facilities Petitioner raised in her Letter at Dkt. 14. The letter must also address whether Immigration and Customs Enforcement ("ICE") is holding detainees at the Metropolitan Detention Center, Brooklyn and whether there is bed space there appropriate for Petitioner. Respondents are also directed to better explain the nature of the holding facilities at ICE's Varick Street location.

**SO ORDERED.**

Date: **August 15, 2025**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**