

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 19, 2025

By ECF
Hon. Valerie E. Caproni
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:    *Vasquez Salgado v. Francis et al.*, No. 25-cv-6524 (VEC)

Dear Judge Caproni,

      This office represents the respondents (the "Government") in the above-referenced habeas corpus action, in which Petitioner challenges their detention by U.S. Immigration and Customs Enforcement ("ICE"). We write respectfully in response to the Court's August 15 order requesting additional information in connection with the Government's pending request to modify the Court's order restraining ICE from moving Petitioner out of this District. *See* Order, ECF No. 15.

      As an initial matter, the Government provides an update on Petitioner's current location. Over the last few days, Petitioner exhibited symptoms that suggest a severe psychiatric condition, which prompted ICE to take Petitioner to the hospital on August 17, 2025. *See* Supplemental Declaration of Supervisory Detention and Deportation Officer Kevin Chae dated August 19, 2025 ("Supp. Chae Decl."), at ¶¶ 7–8. Petitioner was then transferred to a specialized inpatient unit at New York-Presbyterian Westchester Behavioral Health in White Plains, New York, within a locked ward, where Petitioner remains as of today's date. *Id.* ¶ 8. Petitioner will remain at that facility until medical personnel determine it appropriate to discharge Petitioner from its care. *Id.* ¶ 14. ICE has confirmed that, once Petitioner is discharged, Petitioner still has approved bedspace at Jackson Parish Correctional Center in Jonesboro, Louisiana, which can accommodate a detainee with Petitioner's profile. *Id.* ¶ 15.

      The Government continues to request that the Court modify its injunction so that ICE may move Petitioner to an appropriate detention facility, such as Jackson Parish Correctional Center, as the order has until recently resulted in Petitioner's extended stay at ICE's short-term processing space at 26 Federal Plaza. ICE's only detention facility within the Southern District of New York is the Orange County Jail in Goshen, New York. As noted previously, ICE's past requests for bedspace at that facility were rejected. ECF No. 13 at 1. ICE has since learned that the Orange County Jail cannot accept Petitioner because it is at its maximum capacity for high-risk placements, and because it cannot accommodate Petitioner's medical needs. Supp. Chae Decl. ¶ 13(b). Thus, by restraining ICE from moving Petitioner out of the District, the Court's order prevents ICE from placing Petitioner in a detention facility.[1]

---

[1]    The Court's Order also directed the Government to "better explain the nature of the holding facilities at ICE's Varick Street location." ECF No. 15 at 2. For context, on August 14, ICE

ICE currently houses detainees at the Metropolitan Detention Center ("MDC") in Brooklyn, which is part of the Eastern District of New York, but that facility cannot accept Petitioner. *Id.* ¶ 13(a). The MDC's pods for immigration detention can accommodate only low and medium-risk detainees, and Petitioner is classified as high-risk given Petitioner's criminal history. *Id.*

Aside from Orange County Jail and MDC, ICE has diligently tried to find an appropriate detention facility for Petitioner that is within New York or adjacent states, but it has not been able to find any. *See id.* at ¶ 13. ICE can only place Petitioner in an all-male facility that can accommodate a detainee who (i) has been designated a high risk based on their criminal history; (ii) identifies as a transgender woman; and (iii) expresses fear of being placed in the general detainee population at an all-male facility. *See id.* ¶ 16. And in light of recent developments, ICE must now also find a facility that can accommodate Petitioner's psychiatric needs. *Id.* Therefore, based on the requirements that need to be met for Petitioner's facility, the following additional facilities have been ruled out as options:

- ICE's Buffalo field office in Batavia, New York will not work because it is overcapacity.

- The Clinton County Jail in Buffalo, New York, will not work because it cannot accommodate Petitioner's medical needs.

- The Moshannon facility in Pennsylvania will not work because it has an open-bay structure that does not allow for segregation of Petitioner from the male general population.

- The Elizabeth, New Jersey, Contract Detention Facility will not work because it cannot accommodate high-risk detainees.

*Id.* ¶ 13.

As noted above, ICE has confirmed that Jackson Parish Correctional Center can accommodate Petitioner and still has approved bedspace for Petitioner. *Id.* ¶ 15. It is uncertain how long Petitioner will remain at New York-Presbyterian Westchester Behavioral Health, but once Petitioner is discharged, should the Court modify its injunction on transfer, Petitioner can be transferred to Jackson Parish Correctional Center, as opposed to being returned to the short-term hold rooms at 26 Federal Plaza. Accordingly, the Government renews its request that the Court modify its order barring Petitioner from being transferred out of this District.

We thank the Court for its consideration of this submission.

---

temporarily moved Petitioner from the hold rooms at 26 Federal Plaza to a Varick Street facility due to a building-wide evacuation at 26 Federal Plaza prompted by an anthrax hoax. Supp. Chae Decl. ¶ 6. ICE's Varick Street facility "is a processing space that is not contemplated for long-term housing." *Id.* It contains "two large cells, without capacity to segregate." *Id.* Petitioner only stayed overnight at the Varick Street facility until 26 Federal Plaza was deemed to be safe, at which time Petitioner was returned to 26 Federal Plaza on August 15. *Id.*

        Respectfully,

        JAY CLAYTON
        United States Attorney

          /s/ *Jeremy M. Liss*
BY:   JEREMY M. LISS
        Assistant United States Attorney
        Southern District of New York
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        (212) 637-2795
        Jeremy.Liss@usdoj.gov

cc:   Counsel of Record (by ECF)