

**Free to Be Youth Project**
40 Rector St.
9th Floor
New York, NY 10006

(877) 716-1446
fyp@urbanjustice.org

August 19, 2025

Hon. Valerie E. Caproni
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007
VIA ECF

        Re: *Salgado v. Ladeon Francis et al.*, No. 25-cv-06524 (VEC)

Dear Judge Caproni:

My office represents Petitioner, in the above-referenced habeas corpus action. I am writing in response to Respondent's August 19 letter, respectfully opposing the request to modify the court order.

Petitioner identifies as a transgender woman, and lives as a woman, wearing female identifying clothes, cosmetics and jewelry. She is under the care of a physician for gender-affirming medical care. On information and belief, Petitioner has not had access to her hormone medication despite Counsel's repeated attempts to provide the medication while she has been detained at 26 Federal Plaza.

Respondent alleges that Petitioner is suffering from mental illness and that it was necessary to transfer her to a mental health facility for treatment in White Plains, New York. And yet, Respondent proposes that the only appropriate placement for Ms. Bracamontes is an all-male detention facility in Louisiana that is not in close proximity to a mental health care facility that is equivalent to where she is currently receiving care. Moreover, given that Ms. Bracamontes cannot be placed in solitary due to her mental health, it is unclear how this proposed facility could accommodate her needs.

Counsel continues to object to Respondent's assertion that Jackson Parish Correctional facility is an appropriate setting for Petitioner and, per this Court's order on August 13, intends to submit a motion for bail pursuant to *Mapp v. Reno*, and its opposition to the request to modify the order on August 27, 2025. We respectfully request that the order barring Petitioner from the District

...



**Free to Be Youth Project**
40 Rector St.
9th Floor
New York, NY 10006

(877) 716-1446
fyp@urbanjustice.org

not be modified until the parties have had the opportunity to comply with the Court's briefing schedule.

Respectfully,

/s/ AL

Amy Leipziger. Esq.
Free to Be Youth Project
40 Rector Street, 9th Floor
New York, NY 10006
Ph. (646) 923-8372
aleipziger@urbanjustice.org


CC: Counsel of Record (by ECF)