USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
Elder Leodani Vasquez Salgado,

                          Petitioner,

                          -against-

LADEON FRANCIS, Acting Field Office Director, US Immigrations and Customs Enforcement, KRISTI NOEM, U.S. Secretary of Homeland Security, TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement, and PAM BONDI, Attorney General, *in their official capacities*

                        Respondents.
-------------------------------------------------------------- X

25-CV-6524 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 7, 2025, Petitioner initiated this action, *see* Dkt. 1;

      WHEREAS the Petition for Writ of Habeas Corpus (the "Petition") sought, *inter alia*, an Order prohibiting the Petitioner's transfer outside the Southern District of New York and a Writ ordering Respondents to release Petitioner, *see* Petition, Dkt. 4, at 10;

      WHEREAS on August 8, 2025, the Court issued an Order setting a briefing schedule on the Petition and prohibiting Respondents from removing Petitioner from the Southern District absent further Court Order, *see* Memo Endorsement, Dkt. 9;

      WHEREAS on August 12, 2025, Respondents filed a Letter requesting modification of that Order to allow Respondents to transport Petitioner to Louisiana, and Petitioner opposed the request, *see* Letters, Dkts. 10–11;

1

WHEREAS the Court set a briefing schedule to address Respondents' modification request requiring Petitioner to file her opposition to the request by August 27, 2025, with further briefing deadlines based on whether Petitioner moved for bail pending adjudication of the Petition, *see* Order, Dkt. 12;

WHEREAS Respondents requested expedited briefing on their modification request and maintain they seek to transfer Petitioner to Jackson Parish Correctional Facility in Louisiana, as the Orange County Jail in Goshen, New York, has limited capacity, *see* Letter, Dkt. 13; Petitioner opposed the request, *see* Letter, Dkt. 14;

WHEREAS on August 15, 2025, the Court ordered Respondents to address the propriety of transfer to other facilities near the Southern District of New York, *see* Order, Dkt. 15;

WHEREAS Respondents indicated that transfer to those facilities was not appropriate and notified the Court that Petitioner had experienced a mental health issue that required her transfer to a specialized inpatient unit in White Plains, New York, *see* Letter, Dkt. 16; and

WHEREAS Petitioner states she has been denied access to prescribed hormone medication and intends to move for bail, *see* Letter, Dkt. 17;

IT IS HEREBY ORDERED that the parties are required to appear for a hearing on **Monday, August 25, 2025, at 11:00 A.M.** The hearing will be held in Courtroom **20C** of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

      IT IS FURTHER ORDERED that in advance of the hearing, the parties must meet and confer on an amended, expedited briefing schedule for Petitioner's anticipated bail application.

**SO ORDERED.**

Date:  **August 20, 2025**
      **New York, New York**

                              **VALERIE CAPRONI**
                              **United States District Judge**