

URBAN JUSTICE CENTER | Free to Be Youth Project

Free to Be Youth Project
40 Rector St.
9th Floor
New York, NY 10006
(877) 716-1446
fyp@urbanjustice.org

August 20, 2025

Hon. Valerie E. Caproni
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007
VIA ECF

**Re: *Salgado v. Ladeon Francis et al.*, No. 25-cv-06524 (VEC)**

Dear Judge Caproni:

Counsel for Petitioner and the Government have conferred about scheduling, consistent with the Court's August 20 order.

First, the parties have agreed on a briefing schedule. For context, there are presently two overlapping briefing schedules in place:

- The Government's habeas opposition (which will include a response to Petitioner's Count requesting bail) is due on 8/22 and Petitioner's reply is due on 8/29, *see* ECF No. 9;
- The Petitioner has a brief due on 8/27 in which she will oppose the Government's motion for leave to transfer Petitioner out of the district and make a motion for bail pending adjudication of the Petition pursuant to *Mapp v. Reno*, 241 F.3d 221 (2d Cir. 2001). *See*ECF No. 12. The Government's response (which would cover the issue of bail a second time) is due on 9/10. *Id.*

The parties agree that it would be in both their interest and the Court's interest to consolidate this briefing schedule. We jointly propose the following schedule:

| Deadline | Brief |
|---|---|
| 8/27 | Deadline for Petitioner to file a brief (i) opposing the Government's motion for leave to transfer Petitioner out of the district and (ii) making a motion for bail pending adjudication of the Petition pursuant to *Mapp v. Reno*, 241 F.3d 221 (2d Cir. 2001). |
| 9/10 | Deadline for the Government to file a consolidated brief opposing the habeas petition, opposing the motion for relief under *Mapp*, and replying in support of the pending motion to transfer petitioner out of the district. |
| 9/17 | Deadline for Petitioner to reply to the Government's opposition brief. |

**Free to Be Youth Project**
40 Rector St.
9th Floor
New York, NY 10006

(877) 716-1446
fyp@urbanjustice.org

If the Court would prefer that the parties submit a joint briefing schedule stipulation via ECF, we are happy to do so.

In addition, the parties expressed over email that we are both available to appear in person on August 26 at 3pm or August 28 at 11am. Counsel for the Government will be out of state; however, substitute counsel will appear on his behalf.

Respectfully,

/s/ AL

Amy Leipziger. Esq.
Free to Be Youth Project
40 Rector Street, 9th Floor
New York, NY 10006
Ph. (646) 923-8372
aleipziger@urbanjustice.org
CC: Counsel of Record (by ECF)