USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
: 25-CV-6524 (VEC)
Elder Leodani Vasquez Salgado, :
: **ORDER**
Petitioner, :
:
-against- :
:
LADEON FRANCIS, Acting Field Office :
Director, US Immigrations and Customs :
Enforcement, KRISTI NOEM, U.S. Secretary of :
Homeland Security, TODD LYONS, Acting :
Director U.S. Immigrations and Customs :
Enforcement, and PAM BONDI, Attorney General, :
*in their official capacities* :
:
Respondents. :
:
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 26, 2025, the parties appeared for a status conference; and

WHEREAS counsel for Respondents stated that Petitioner remains at a specialized inpatient unit at New York-Presbyterian Westchester Behavioral Health in White Plains, New York, *see* Letter, Dkt. 16;

1

IT IS HEREBY ORDERED that by **Friday, August 29, 2025**, Respondents must submit a letter explaining the circumstances regarding Petitioner's commitment to the specialized inpatient unit, including the legal authority under which she is being held and as much information as Respondents can obtain regarding her diagnosis, prognosis, and anticipated release date.  Petitioner's medical information should be filed under seal.

**SO ORDERED.**

**Date:  August 26, 2025**
**New York, New York**

*Valerie Caproni*
　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　**United States District Judge**