USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
Elder Leodani Vasquez Salgado,

                                                Petitioner,

                                                -against-

LADEON FRANCIS, Acting Field Office Director, US Immigrations and Customs Enforcement, KRISTI NOEM, U.S. Secretary of Homeland Security, TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement, and PAM BONDI, Attorney General, *in their official capacities*

                                              Respondents.

------------------------------------------------------------ X

25-CV-6524 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 1, 2025, the Court granted Petitioner's motion for release pending adjudication of her habeas claims, *see* Opinion and Order, Dkt. 40 ("Opinion");

      WHEREAS the Court ordered that the aspects of the Opinion ordering Petitioner's release and requiring the Government to confirm compliance with the Opinion superseded Standing Order M10-468, which stayed all civil cases in which the U.S. Attorney's Office for the Southern District of New York had appeared as counsel of record (the "Stay"); as to all other obligations, Standing Order M10-468 remained in effect, *id.* at 18; and

      WHEREAS on October 2, 2025, Chief Judge Swain issued Amended Standing Order M10-468, which exempted immigration cases from the Stay;

      IT IS HEREBY ORDERED that this action is no longer stayed.  The deadlines and obligations detailed in the Opinion at 17–18 remain as ordered.

**SO ORDERED.**

Date:  October 3, 2025
       New York, New York

                            **VALERIE CAPRONI**
                            **United States District Judge**