| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------- X<br>ELDER LEODANI VASQUEZ SALGADO,<br><br>　　　　　　　　　　Petitioner,<br><br>　　　　-against-<br><br>LADEON FRANCIS, Acting Field Office Director, US Immigrations and Customs Enforcement, KRISTI NOEM, U.S. Secretary of Homeland Security, TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement, and PAM BONDI, Attorney General, *in their official capacities*<br><br>　　　　　　　　　　Respondents.<br>-------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:__11/3/2025__<br><br><br>25-CV-6524 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

　　WHEREAS on October 1, 2025, the Court granted Petitioner's motion for release pending adjudication of her habeas claims, *see* Opinion and Order, Dkt. 40 ("Opinion");

　　WHEREAS in the Opinion, the Court granted Petitioner leave to file a Second Amended Petition, *see* Dkt. 40 at 17–18;

　　WHEREAS in the Opinion, the Court directed the Government to submit briefing, not to exceed five pages, by Friday, November 7, 2025, addressing whether the Court has jurisdiction to hear Petitioner's claims, *see* Dkt. 40 at 18;

　　WHEREAS in the Opinion, the Court directed Petitioner to file its response, not to exceed five pages, to the Government's briefing regarding the Court's jurisdiction by Friday, November 14, 2025, *see* Dkt. 40 at 18;

1

WHEREAS on October 31, 2025, Petitioner filed a Second Amended Petition, *see* Dkt. 46;

WHEREAS on October 31, 2025, Petitioner also filed a letter motion requesting leave to file a motion to take discovery relevant to the Second Amended Petition, *see* Dkt. 47; and

WHEREAS the Government does not consent to Petitioner's October 31, 2025, request for leave to take discovery, *see* Dkt. 47 at 1;

IT IS HEREBY ORDERED that the parties' respective deadlines of November 7, 2025, and November 14, 2025, to submit briefing regarding the Court's jurisdiction to hear Petitioner's claims are ADJOURNED.

IT IS FURTHER ORDERED that the Government must either (i) move to dismiss or (ii) answer the Second Amended Petition by **Friday, November 14, 2025**. If the Government files a motion to dismiss the Second Amended Petition, Petitioner must submit a response to the Government's motion by **Friday, December 5, 2025**.

IT IS FURTHER ORDERED that, by **Friday, November 14, 2025**, the Government must submit a letter via ECF, **not to exceed three (3) pages**, setting forth the Government's position on Petitioner's request to take discovery, *see* Dkt. 47.

**SO ORDERED.**

**Date: November 3, 2025**
**New York, New York**

                        **VALERIE CAPRONI**
                        **United States District Judge**