UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

    ELDER LEODANI VASQUEZ SALGADO,

                        Petitioner,

                    -against-

LADEON FRANCIS, Acting Field Office
Director, US Immigrations and Customs
Enforcement, KRISTI NOEM, U.S. Secretary of
Homeland Security, TODD LYONS, Acting
Director U.S. Immigrations and Customs
Enforcement, and PAM BONDI, Attorney General,
*in their official capacities*,

                    Respondents.

---------------------------------------------------------------- X

                  25-CV-6524 (VEC)

                  <u>ORDER</u>

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED:__4/24/2026__

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 3, 2026, the Court granted, in part, Petitioner's Second Amended Petition for a writ of habeas corpus, ordering that Petitioner shall not be re-detained without notice and an opportunity to be heard at a pre-deprivation bond hearing before a neutral decisionmaker, *see* Dkt. 55;

    IT IS HEREBY ORDERED that the Clerk of Court enter judgment in favor of Petitioner ELDER LEODANI VASQUEZ SALGADO and CLOSE this case.

    IT IS FURTHER ORDERED that any application by Petitioner for attorneys' fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, must be filed not later than **30 days** after the Government's time to appeal the final judgment in this action has expired. *See United States v. 27.09 Acres of Land*, 1 F.3d 107, 111 (2d Cir. 1993) ("The 30-day EAJA clock begins after the time to appeal th[e] 'final judgment' has expired." (citing *Melkonyan v.*

*Sullivan*, 501 U.S. 89, 95–96 (1991))).  The Government's response to Petitioner's EAJA application must be filed not later than **30 days** after any such application is made.  Petitioner's reply in support of her EAJA application must be filed not later than **15 days** after the Government's response is submitted.

**SO ORDERED.**

**Date:  April 24, 2026**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**

2