**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
ELDER LEODANI VASQUEZ SALGADO,

                              Petitioner,                    25 **CIVIL** 6524 (VEC)

        -against-                                            <u>**JUDGMENT**</u>

LADEON FRANCIS, Acting Field Office
Director, US Immigrations and Customs
Enforcement, KRISTI NOEM, U.S. Secretary of
Homeland Security, TODD LYONS, Acting
Director U.S. Immigrations and Customs
Enforcement, and PAM BONDI, Attorney General,
in their official capacities,

                              Respondents.
--------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated April 24, 2026, Petitioner's Second Amended Petition for a writ

of habeas corpus is GRANTED in part. Accordingly, judgment is entered in favor of Petitioner

Elder Leodani Vasquez Salgado and the case is closed.

**DATED:**  New York, New York
            April 27, 2026

                                            **TAMMI M. HELLWIG**
                                    _____
                                            **Clerk of Court**

                        **BY:**  _____
                                            **Deputy Clerk**