USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/22/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                       :

ELDER LEODANI VASQUEZ SALGADO,      :

                              :

               Petitioner,          :

                              :

              -against-           :

                              :

LADEON FRANCIS, Acting Field Office       :           25-CV-6524 (VEC)
Director, US Immigrations and Customs      :
Enforcement, KRISTI NOEM, U.S. Secretary of  :            ORDER
Homeland Security, TODD LYONS, Acting     :
Director U.S. Immigrations and Customs      :
Enforcement, and PAM BONDI, Attorney General, :
*in their official capacities*,               :

                              :

              Respondents.       :

                              :

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 3, 2026, the Court granted, in part, Petitioner's Second Amended Petition for a writ of habeas corpus, ordering that Petitioner shall not be re-detained without notice and an opportunity to be heard at a pre-deprivation bond hearing before a neutral decisionmaker, *see* Dkt. 55;

WHEREAS on April 24, 2026, the Court ordered that judgment be entered in favor of Petitioner and that Petitioner's application for attorneys' fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, be filed not later than 30 days after the Government's time to appeal the final judgment in this action expired, *see* Dkt. 57;

WHEREAS the Clerk of Court entered judgment in Petitioner's favor on April 27, 2026, *see* Dkt. 58;

1

WHEREAS the Government's time to appeal the final judgment expired on June 26, 2026, *see* Dkt. 58-1;

WHEREAS Petitioner's current deadline to file a motion for attorneys' fees under EAJA is Monday, July 27, 2026, *see United States v. 27.09 Acres of Land*, 1 F.3d 107, 111 (2d Cir. 1993) ("The 30-day EAJA clock begins after the time to appeal th[e] 'final judgment' has expired." (citing *Melkonyan v. Sullivan*, 501 U.S. 89, 95–96 (1991)));

WHEREAS on July 21, 2026, the Government moved for "a stay of the briefing schedule for Petitioner's anticipated" EAJA motion pending the Supreme Court's decision in *Palacios v. Liggins*, No. 25-1223, 2026 WL 1855057 (U.S. June 29, 2026), *see* Dkt. 59; and

WHEREAS Petitioner does not consent to the Government's request to stay the EAJA briefing schedule, *see* Dkt. 59 at 1;

IT IS HEREBY ORDERED that Petitioner must file a response to the Government's request for a stay not later than **Friday, July 24, 2026**. Petitioner's deadline to file a motion for attorneys' fees under EAJA is STAYED *sine die* pending the Court's resolution of the Government's motion to stay, Dkt. 59.

**SO ORDERED.**

**Date: July 22, 2026**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**