USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELDER LEODANI VASQUEZ SALGADO,

Petitioner,

-against-

LADEON FRANCIS, Acting Field Office Director, US Immigrations and Customs Enforcement, KRISTI NOEM, U.S. Secretary of Homeland Security, TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement, and PAM BONDI, Attorney General, *in their official capacities*,

Respondents.

---

25-CV-6524 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 3, 2026, the Court granted, in part, Petitioner's Second Amended Petition for a writ of habeas corpus, ordering that Petitioner shall not be re-detained without notice and an opportunity to be heard at a pre-deprivation bond hearing before a neutral decisionmaker, *see* Dkt. 55;

WHEREAS on April 24, 2026, the Court ordered that judgment be entered in favor of Petitioner and that Petitioner's application for attorneys' fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, be filed not later than 30 days after the Government's time to appeal the final judgment in this action expired, *see* Dkt. 57;

WHEREAS the Clerk of Court entered judgment in Petitioner's favor on April 27, 2026, *see* Dkt. 58;

WHEREAS the Government's time to appeal the final judgment expired on June 26, 2026, *see* Dkt. 58-1;

WHEREAS on July 21, 2026, the Government moved for "a stay of the briefing schedule for Petitioner's anticipated" EAJA motion pending the Supreme Court's decision in *Palacios v. Liggins*, No. 25-1223, 2026 WL 1855057 (U.S. June 29, 2026), because the decision in *Palacios*, which considers whether the "any civil action" language found in EAJA encompasses an action seeking a writ of habeas corpus to challenge civil immigration detention, "w[ill] be dispositive of any fee motion by Petitioner," *see* Dkt. 59; and

WHEREAS Petitioner opposed the Government's stay request, arguing "[a] grant of certiorari by the Supreme Court does not, on its own, change the controlling law in this district," and noting that "this Court has continued to rule on EAJA motions in the period following the Supreme Court's decision to grant certiorari" in *Palacios*, *see* Dkt. 61;

IT IS HEREBY ORDERED that the Government's request to stay briefing pending the Supreme Court's decision in *Palacios* is GRANTED. The Court agrees that "*Palacios* could be dispositive of the fee motion in this case," and that "courts regularly stay cases where," as here, "an appeal in a related case will resolve (or at least greatly simplify) the issues in the stayed case." *Martinez v. Joyce*, No. 25-CV-10376 (GBD) (BCM), 2026 WL 2059788, at *1 (S.D.N.Y. July 16, 2026) (quoting *In re Zimmer*, MDL No. 2859, 2021 WL 5963392, at *4 (S.D.N.Y. Dec. 16, 2021)) (cleaned up).

Petitioner's deadline to file a motion for attorneys' fees under EAJA is STAYED *sine die*. The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 59. Within seven (7) days of the Supreme Court's decision in *Palacios*, the parties must file a joint letter (i) apprising the Court of the Supreme Court's holding in *Palacios*; (ii) stating the effect of the

Supreme Court's decision, if any, on Petitioner's forthcoming fee motion; and (iii) proposing a briefing schedule if, post-*Palacios*, EAJA fees remain available for successful habeas petitioners.

**SO ORDERED.**

**Date: July 23, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**